USCA Case #25-7179   Document #2148287   Filed: 12/01/2025   Page 1 of 9

**CLERK, UNITED STATES COURT OF APPEALS**
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
17 NOV 2025 PM 3 L

NEOPOST
11/17/2025
US POSTAGE $001.03⁰

FIRST-CLASS MAIL
IMI



ZIP 20001
041M11283068

RECEIVED
DEC - 1 2025
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT


TO SENDER

NIXIE        171    DE 1         0011/27/25
           RETURN TO SENDER
              VACANT
           UNABLE TO FORWARD

BC: 20001286699      *2317-07521-17-41

Kawana Jeffer Williams
1100 15th Street NW
4th Floor
Washington, DC 20005

------------------------------------------------------------------------

------------------------------------------------------------------------

$$\mathfrak{United~States~Court~of~Appeals}$$
### For The District of Columbia Circuit

No. 25-7179                                      September Term, 2025

1:24-cv-03299-ABJ

Filed On: November 17, 2025 [2145611]

Kawana Jeffer Williams,

        Appellant

    v.

Amazon.com, Inc.,

        Appellee

### O R D E R

The notice of appeal was filed on November 14, 2025, and docketed in this court on November 17, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 17, 2025 |
| Docketing Statement Form | December 17, 2025 |
| Entry of Appearance Form (Attorneys Only) | December 17, 2025 |
| Procedural Motions, if any | December 17, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | December 17, 2025 |
| Statement of Issues to be Raised | December 17, 2025 |
| Transcript Status Report | December 17, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | December 17, 2025 |
| Dispositive Motions, if any | January 2, 2026 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

## United States Court of Appeals
### For The District of Columbia Circuit

---

No. 25-7179                                              September Term, 2025

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 17, 2025 |
| Entry of Appearance Form (Attorneys Only) | December 17, 2025 |
| Procedural Motions, if any | December 17, 2025 |
| Dispositive Motions, if any | January 2, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Emily K. Campbell
Deputy Clerk

The following forms and notices are available on the Court's <u>website</u>:

Attachments for Pro Se Parties Only:
<u>Civil Docketing Statement Form</u>
<u>Entry of Appearance Form</u>
<u>Transcript Status Report Form</u>
<u>Memorandum Concerning Self-Representation</u>
<u>Memorandum Concerning Appointment of Counsel</u>

Page 2

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. _____   2. DATE DOCKETED: _____
3. CASE NAME (lead parties only) _____ v. _____
4. TYPE OF CASE:  ☐ District Ct -  ○ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ○ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.        Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action _____        Bankruptcy _____            Tax _____
      Criminal _____            Adversary _____
      Miscellaneous _____       Ancillary _____
   b. Review is sought of:
      ☐ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge _____    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): _____    e. Date notice of appeal filed: _____
   f. Has any other notice of appeal been filed in this case?   ○ Yes  ○ No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?   ○ Yes  ○ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number?   ○ Yes  Appeal # _____  ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ○ No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes  ○ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ○ No   If so, provide program name and participation dates
   _____

Signature _____    Date _____
Name of Party _____
Name of Counsel for Appellant/Petitioner _____
Address _____
Phone (____) _____   Fax (____) _____

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** _____

v.

**Case No:** _____

_____

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

_____        _____

_____        _____

_____        _____

_____        _____

### Counsel Information

Lead Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____  Email: _____

2nd Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____  Email: _____

3rd Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____  Email: _____

Firm Name: _____

Firm Address: _____

Firm Phone: (___) _____  Fax: (___) _____  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** _____

v.                         **Case No:** _____

_____

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|-------------------|-------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Interim Part II** - The following necessary transcripts have been completed and received.

| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# United States Court of Appeals
District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

### MEMORANDUM CONCERNING SELF-REPRESENTATION

The records of this Court indicate you are litigating this appeal in a pro se capacity. That is, you are not represented by an attorney and will be personally preparing papers for submission to the Court.

Decisions of the Supreme Court of the United States and of this Court have held that individuals representing themselves who are not attorneys are entitled to have their pleadings viewed in a less restrictive manner than pleadings submitted by attorneys. Accordingly, you will be allowed to present your case in your own written words without strict adherence to technical requirements, as is expected of attorneys.

In one regard, however, you will be strictly held to the requirements of the Federal Rules of Appellate Procedure and the Circuit Rules of this Court, as if you were an attorney. This is in the area of timeliness of your filings. For example, your brief must be placed in the mail by the date established in the scheduling order issued by the Court. Another example is in responding to a motion filed by the party opposing you. You have ten calendar days within which to respond to a motion, plus an additional three calendar days if the motion was served on you by mail. You will be expected to adhere to these time requirements and all others in the previously mentioned rules. If any submission of yours is not made in a timely manner it will not be filed. If you believe you have good reason for not adhering to the time requirements, you may submit your pleading along with a second filing entitled Motion For Leave To File Out Of Time. In this second filing you should set forth your reasons for not having met the time requirements and ask the court to file your pleading nevertheless. You should be aware, however, that these motions are not routinely granted, but are read and evaluated on an individual basis.

**Failure to comply with court orders, respond to dispositive motions by another party, or file your brief will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.**

[USCADC Form 92 (Rev. Feb 2011)]

# United States Court of Appeals
### District of Columbia Circuit
### Washington, D.C. 20001-2866

## MEMORANDUM CONCERNING APPOINTMENT OF COUNSEL

The procedures governing cases in which a party has been permitted to proceed on appeal in forma pauperis are described in Title 28 United States Code, Section 1915(e). That section provides:

(1) The court may request an attorney to represent any person unable to afford counsel.

(2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that-

   (A) the allegation of poverty is untrue; or

   (B) the action or appeal--
      (i) is frivolous or malicious;
      (ii) fails to state a claim on which relief may be granted; or
      (iii) seeks monetary relief against a defendant who is immune from such relief.

Because you are proceeding in this case in forma pauperis, you may address a letter to this court asking the Court to appoint counsel to represent you. Although the Court ordinarily will not appoint counsel, it will give consideration to your request.

If you elect to avail yourself of the opportunity to request the Court to appoint an attorney for you, your request must be received in the Clerk's Office within fifteen (15) days from the date of the enclosed order setting the initial schedule.

**Even if you request counsel, you must file the required documents by the date set in the order; respond to any dispositive motion filed by another party within the period required by the rules; and comply with any order issued by the court, including a briefing schedule. Failure to do so will result in the dismissal of your appeal for failure to prosecute. See D.C. Cir. Rule 38.**

[USCADC Form __ (Rev. Aug 2006)]