# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7179**  September Term, 2025

1:24-cv-03299-ABJ

Filed On: December 3, 2025 [2148448]

Kawana Jeffer Williams,

      Appellant

  v.

Amazon.com, Inc.,

      Appellee

## O R D E R

Upon consideration of the court's order filed November 17, 2025, and the absence of any record that appellant received that order, it is

**ORDERED**, on the court's own motion, that the Clerk resend to appellant the court's order filed November 17, 2025, and that the deadlines established therein are extended to January 2, 2026. Failure by appellant to comply with this order may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Emily K. Campbell
Deputy Clerk

Attachments:
    Copy of order previously filed.